UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                                  Case No. 11-20551-17-DT

DAVID ROBERT VEZZOSSI

        Defendant.
_____/

**ORDER SETTING DEADLINE FOR SIGNED OBJECTIONS,
GOVERNMENT'S RESPONSE AND SENTENCING HEARING**

On December 17, 2014, the court received the Presentence Investigation Report as to defendant David Vezzossi. Upon review, the Court has determined that a hearing will be necessary on the objections. Therefore,

IT IS ORDERED that Defense counsel to directed to obtain the Defendant's signature on the original objections no later than **January 7, 2015.** The Government's response is due by **January 21, 2015.** The sentencing hearing will be set for **February 6, 2015 at 11:00 am.** If the parties intend to call witnesses they must inform the court **by February 2, 2015.**

                                               S/Robert H. Cleland
                                               ROBERT H. CLELAND
                                               UNITED STATES DISTRICT JUDGE

Dated: December 22, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, December 22, 2014, by electronic and/or ordinary mail.

        S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522